**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7475**

_____

ADRIAN NATHANIEL BACON,

            Plaintiff - Appellant,

      v.

CORRECTIONAL OFFICER C. ROSE,

            Defendant – Appellee,

      and

PAUL PAYNE; J. MCQUINN,

            Defendants.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, District Judge. (7:13-cv-00350-JPJ-PMS)

_____

Submitted:  February 12, 2015      Decided:  February 19, 2015

_____

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Adrian Nathaniel Bacon, Appellant Pro Se.  Kate Elizabeth Dwyre, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Nathaniel Bacon appeals the district court's order denying his motion for appointment of counsel and the court's order accepting the recommendation of the magistrate judge and denying relief on Bacon's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Bacon's pending motion for appointment of counsel and affirm for the reasons stated by the district court. Bacon v. Rose, No. 7:13-cv-00350-JPJ-PMS (W.D. Va. May 1, 2014; Sept. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED